**No. 62946.**—J. B. Henriques, Inc. *v.* United States, protests 304863–K, 264512–K, and 268942–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of acrylic resin, made into partly finished articles, similar in all material respects to the merchandise the subject of *J. B. Henriques, Inc.* v. *United States* (46 C.C.P.A. 54, C.A.D. 695), the claim of the plaintiff was sustained.

**No. 62947.**—Burleigh Brooks, Inc. *v.* United States, protests 58/4635, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of Abstract 61107, the claim of the plaintiff was sustained.

**No. 62948.**—R. H. Macy & Co., Inc. *v.* United States, protests 58/8818, 58/9203, and 58/9633 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiff was sustained.